**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHIRLEY O'KEEFE**                                                                                      **PLAINTIFF**

V.                               **CASE NO. 4:13CV00042-JTR**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                                                 **DEFENDANT**

## JUDGMENT

Plaintiff Shirley Ann O'Keefe's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 27th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE